**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-7300

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

GREGORY D. ANDERSON,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Max O. Cogburn, Jr., District Judge.  (3:10-cr-00260-MOC-DSC-1)

Submitted:  March 21, 2023                          Decided:  March 24, 2023

Before WYNN and RICHARDSON, Circuit Judges, and KEENAN, Senior Circuit Judge.

Dismissed in part and affirmed in part by unpublished per curiam opinion.

Gregory D. Anderson, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Gregory D. Anderson appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), as amended by the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194. While this appeal was pending, Anderson was released from custody. Therefore, his appeal as it relates to the circumstances presented by the COVID-19 pandemic is now moot. *See United States v. Shorter*, 27 F.4th 572, 575-76 (7th Cir. 2022). And while we have jurisdiction over the remainder of the appeal because Anderson requested that the district court terminate his supervised release, *see United States v. Chestnut*, 989 F.3d 222, 225 (2d Cir. 2021), a movant may not challenge the validity of his underlying convictions or sentence in a compassionate release motion, *see United States v. Ferguson*, 55 F.4th 262, 270-72 (4th Cir. 2022). Therefore, we dismiss this appeal in part and affirm the district court's order in part. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*